## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

CATHY CEASARIO REPP and EUGENE REPP
    vs.
MURPHY OIL CORPORATION, a corporation, et. al.

Case Number: **08 C 5 0 0 3 4**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CATHY CEASARIO REPP and EUGENE REPP, Plaintiffs

FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME** (Type or print) <br> Robert H. Clark | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert H. Clark | |
| **FIRM** <br> Clark, Justen & Zucchi, Ltd. | |
| **STREET ADDRESS** <br> 7320 N. Alpine Rd | |
| **CITY/STATE/ZIP** <br> Rockford, IL 61111 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 3124134 | **TELEPHONE NUMBER** <br> 815-968-9285 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of　　　　　　　　　　　　　　　　　　　　　　Case Number: **08 C 5 0 0 3 4**

CATHY CEASARIO REPP and EUGENE REPP
　　vs.
MURPHY OIL CORPORATION, a corporation, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CATHY CEASARIO REPP and EUGENE REPP, Plaintiffs

**FILED**

MAR 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> KEVIN P. JUSTEN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin P. Justen | |
| FIRM <br> Clark, Justen & Zucchi, Ltd. | |
| STREET ADDRESS <br> 7320 N. Alpine Rd | |
| CITY/STATE/ZIP <br> Rockford, IL 61111 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6256264 | TELEPHONE NUMBER <br> 815-968-9285 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CATHY CEASARIO REPP and EUGENE REPP vs. MURPHY OIL CORPORATION, a corporation, et. al. | 08 C 5 0 0 3 4 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CATHY CEASARIO REPP and EUGENE REPP, Plaintiffs

FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| KEVIN J. FROST |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kevin J. Frost |

| FIRM |
|---|
| Clark, Justen & Zucchi, Ltd. |

| STREET ADDRESS |
|---|
| 7320 N. Alpine Rd |

| CITY/STATE/ZIP |
|---|
| Rockford, IL  61111 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229277 | 815-968-9285 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>CATHY CEASARIO REPP and EUGENE REPP<br>vs.<br>MURPHY OIL CORPORATION, a corporation, et. al. | Case Number:<br><br>08 C 5 0 0 3 4 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CATHY CEASARIO REPP and EUGENE REPP, Plaintiffs

FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| JEFFREY J. ZUCCHI |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jeffrey J. Zucchi |

| FIRM |
|---|
| Clark, Justen & Zucchi, Ltd. |

| STREET ADDRESS |
|---|
| 7320 N. Alpine Rd |

| CITY/STATE/ZIP |
|---|
| Rockford, IL 61111 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06210801 | 815-968-9285 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |