# United States District Court for the Northern District of Illinois

Case Number: 08-50034          Assigned/Issued By: ___

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other ___

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____            Fiscal Clerk: _____

FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

2 Original and ___ copies on 3/10/08 (Date) as to Murphy Oil Corporation / Murphy Oil USA Inc.

C:\wpwin80\docket\feeinfo.frm   01/01