# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50034 | **DATE** | 3/11/2008 |
| **CASE TITLE** | Repp vs. Murphy Oil Corp. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs have filed this action premised on the Court's diversity of citizenship jurisdiction. 28 U.S.C. §1332(a)(1). Plaintiffs fail to properly allege subject matter jurisdiction. Plaintiffs have alleged that defendants Murphy Oil Corporation and Murphy Oil USA are citizens of and incorporated in the State of Delaware. However, corporations are citizens of both the state of their incorporation and the state that is their principal place of business for purposes of diversity jurisdiction. 28 U.S.C. § 1332 (c)(1). The jurisdictional allegations must allege both. Plaintiff does not allege the principal place of business of defendant corporations. Plaintiff shall file amended allegations of subject matter jurisdiction by 4/1/08 or this case will be dismissed for lack of proper subject matter jurisdiction.

*[signature: Frederick J. Kapala]*

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|