UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CATHY CEASARIO REPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 08 C 50034 |
| | ) | Judge Kapala |
| MURPHY OIL CORPORATION, | ) | Magistrate Judge Mahoney |
| a corporation, and/ or MURPHY | ) | |
| OIL USA, a corporation | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Kevin J. Frost Esq., Clark, Justen & Zucchi, Ltd.
      7320 North Alpine Road, Rockford, IL 61111

PLEASE TAKE NOTICE that on April 4, 2008, we mailed, to be filed with the U.S. district Court for the Northern District of Illinois, Western Division this Notice of Filing and Defendant's Appearance, Jury Demand, Answer to Complaint and Affirmative Defenses and Disclosure Statement, copies of which are attached hereto and are herewith served upon you.

LAW OFFICES OF LAWRENCE COZZI

By: _____
      Shari D. Goggin-Ward

## PROOF OF SERVICE

The undersigned, under penalties of perjury, as provided by law pursuant law pursuant to Sec. 1-109 of the Code of Civil Procedure, hereby certifies that she served a copy of the foregoing Notice of Filing upon the above counsel of record, by depositing said document, with proper postage prepaid, in the US Mail chute located at 1431 Opus Place, Downers Grove, IL 60515, before 4:30 p.m. on April 4, 2008.

Dated this 4 day of April, 2008.                          _____

Shari D. Goggin-Ward, Atty No. 06198703
LAW OFFICES OF LAWRENCE COZZI
Attorneys for Defendant
1431 Opus Place, Suite 310
Downers Grove, IL 60515
(630) 515-9777
(603) 334-9765 (fax)
DownersGroveLegal@LibertyMutual.com

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Cathy Ceasario Repp and Eugene Repp,<br>            Plaintiffs,<br>vs<br>Murphy Oil Corporation, a corporation, and<br>Murphy Oil USA, a corporation, d/b/a Murphy USA. Inc.<br>            Defendants. | Case Number:   08 C 50034 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
MURPHY OIL USA, A Delaware corporation d/b/a MURPHY USA, INC.

| | |
|---|---|
| NAME (Type or print)<br>Shari Goggin-Ward | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Shari D. Goggin Ward | |
| FIRM<br>Law Offices of Lawrence Cozzi | |
| STREET ADDRESS<br>1431 Opus Place, Suite 310 | |
| CITY/STATE/ZIP<br>Downers Grove, IL 60515 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06198703 | TELEPHONE NUMBER<br>630-515-9777 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CATHY CEASARIO REPP, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MURPHY OIL CORPORATION, ) <br> a corporation, and/ or MURPHY ) <br> OIL USA, a corporation ) <br> ) <br> Defendant. ) | CASE NO.: 08 C 50034 <br> Judge Kapala <br> Magistrate Judge Mahoney |

### JURY DEMAND

TO:   Kevin J. Frost Esq., Clark, Justen & Zucchi, Ltd.
      7320 North Alpine Road, Rockford, IL 61111


The defendant(s) in the above entitled cause demand a jury for the trial of said cause.


Respectfully Submitted:

                                    MURPHY OIL CORPORATION, a
                                    Delaware Corporation, MURPHY OIL
                                    USA, a Delaware corporation d/b/a
                                    MURPHY USA, INC., Defendants,

                                    BY: _____
                                         Shari D. Goggin-Ward


Shari D. Goggin-Ward, Atty No. 06198703
LAW OFFICES OF LAWRENCE COZZI
Attorneys for Defendant
1431 Opus Place, Suite 310
Downers Grove, IL 60515
(630) 515-9777
(603) 334-9765 (fax)
DownersGroveLegal@LibertyMutual.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CATHY CEASARIO REPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 08 C 50034 |
| | ) Judge Kapala |
| MURPHY OIL CORPORATION, | ) Magistrate Judge Mahoney |
| a corporation, and/ or MURPHY | ) |
| OIL USA, a corporation | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE STATEMENT

Defendants, MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., by and through their attorneys, SHARI D. GOGGIN-WARD and THE LAW OFFICES OF LAWRENCE COZZI, respectfully submits the following as their Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 (a):

1. MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., states that there is no parent corporation or publicly held corporation that owns 10% or more of their stock.

Respectfully Submitted:

MURPHY OIL CORPORATION, a
Delaware Corporation, MURPHY OIL
USA, a Delaware corporation d/b/a
MURPHY USA, INC., Defendants,

BY: /s/ Shari D. Goggin-Ward
Shari D. Goggin-Ward

SHARI D. GOGGIN-WARD, Atty No. 06198703
LAW OFFICES OF LAWRENCE COZZI
Attorneys for Defendant, MURPHY OIL CORPORATION
1431 Opus Place, Suite 310, Downers Grove, IL 60515
630/ 515-9777   603/ 334-9765 (fax)
DownersGroveLegal@LibertyMutual.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CATHY CEASARIO REPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 08 C 50034 |
| | ) | Judge Kapala |
| MURPHY OIL CORPORATION, | ) | Magistrate Judge Mahoney |
| a corporation, and/ or MURPHY | ) | |
| OIL USA, a corporation | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendants, MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., by and through their attorneys, SHARI D. GOGGIN-WARD and THE LAW OFFICES OF LAWRENCE COZZI, respectfully submits the following as their Answer to Plaintiffs' CATHY CEASARIO REPP and EUGENE REPP's Complaint pursuant to Rule 8 of the Federal Code of Civil Procedure:

## COUNT I

1. This Court has jurisdiction of this matter based upon diversity of citizenship as contained in 28 United States Code Sec. 1332, in that Plaintiffs, CATHY CAESARIO REPP and EUGENE REPP, are citizens of the State of Illinois and the Defendants, MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., are citizens of and incorporated in the State of Delaware. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.

**Answer**: Defendants admit they are citizens of and incorporated in the State of Delaware, but Defendants deny that the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.

2. That the Defendants, MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., are Delaware Corporations, and are doing business in Boone County, Illinois, as a gas station and convenience store known as MURPHY USA, located at 2005 Gateway Center, Belvidere, Boone County, Illinois.

**Answer**: Defendants admit the allegations contained in paragraph 2 of Count I of Plaintiffs' Complaint.

3. That on or about December 5, 2007, in the late afternoon or early evening the Plaintiff was a customer and invitee on the Defendants' premises at 2005 Gateway Center, Belvidere, Boone County, Illinois.

**Answer**: Defendants admit Plaintiff Cathy Ceasario Repp was on the Defendants' premises at the time and place alleged and state they have insufficient information to admit or deny the remaining allegations contained in paragraph 3 of Count I of Plaintiffs' Complaint.

4. That while attempting to purchase certain items from said gas station and convenience store and while standing in front of the checkout counter, the Plaintiff was suddenly and without warning, struck violently in the head and about the body by a falling display at or near the check-out counter in said premises.

**Answer**: Defendants state that they have insufficient information to admit or deny whether Plaintiff was attempting to purchase certain items from the gas station and convenience store at the time and place alleged. Defendants further deny that Plaintiff was suddenly and without warning struck violently in the head and about the body by a falling display at the time and place alleged as stated in paragraph 4 of Count I of Plaintiffs' Complaint.

5. That Defendants, their agents, employees and apparent agents were then and there negligent in one or more of the following ways:

**Answer**: Defendants deny the general allegations contained in paragraph 5 of Count I Plaintiffs' Complaint as alleging legal conclusions as to agency and do not allege facts.

a. Failed to secure or mount said display in a stable position;

**Answer**: Defendants deny that they failed to secure or mount said display in a stable position;

b. Failed to mount said display in a location within the premises where it would not be subject to inadvertent impact by employees or others lawfully on the premises, which impact could cause it to fall, thereby creating an unreasonable danger to persons lawfully on the premises;

**Answer**: Defendants deny that that they failed to mount the display in a location within the premises where it would not be subject to inadvertent impact by employees of others lawfully on the premises and deny the condition was unreasonably dangerous. Defendants state they have insufficient information to state whether Plaintiff was lawfully on the premises at the time of the occurrence.

c. Placed a display in close proximity to a check out station in such a manner that Defendants knew or should have known that employees or others lawfully upon the premises would come in contact with the display causing it to fall.

**Answer**: Defendants deny it placed a display in such a manner that they knew or should have known that people would come in contact with the display causing it to fall. Defendants state they have insufficient information to state whether Plaintiff was lawfully on the premises at the time of the occurrence.

d. Placed a display in such a manner that Defendants knew or should have known was unstable in that it could cause the display to fall with only slight contact by an employee or other person lawfully on the premises;

**Answer**: Defendants deny they placed a display in such a manner that they knew or should have known it was unstable in that slight contact would cause it to fall and further deny that Plaintiff's contact with the display was slight. Defendants state they have insufficient information to state whether Plaintiff was lawfully on the premises at the time of the occurrence.

e. Failed to warn customers of the unreasonably dangerous condition existing on the premises when the Defendants knew or in the exercise of reasonable care should have known that persons would be, in the exercise of ordinary course of shopping, in close proximity to the display or part thereof;

**Answer**: Defendants deny there was an unreasonably dangerous condition on their premises and deny they had a duty to warn of the condition alleged to be on their premises. Defendants also deny they knew or should have known of such condition. Defendants state they have insufficient information to state whether Plaintiff was in the course of ordinary shopping on its premises at the time of the occurrence.

f. Allowed an area of its premises to be and remain in an unstable condition where it was reasonably foreseeable that persons such as the Plaintiff, CATHY CESARIO REPP, would be in close proximity to the display in the ordinary course of shopping;

**Answer**: Defendants deny it allowed an area of its premises to be and remain in an unstable condition. Defendants state they have insufficient information to state whether Plaintiff was in the course of ordinary shopping on its premises at the time of the occurrence.

g. Failed to correctly secure, mount, display or otherwise install said display or part thereof to prevent it from shifting, tipping and/or falling.

**Answer**: Defendants deny that they failed to correctly secure, mount, display or otherwise install said display or part thereof to prevent it from shifting, tipping and/or falling.

6. That as a result thereof, Plaintiff sustained severe and permanent bodily injuries, both internally and externally, has suffered pain in the past and continues to suffer pain at the present time. She has sustained loss of her normal life, has become liable for large sums of money for medical expenses in endeavoring to be cured and healed of her injuries, and will continue to incur expenses for medical care and treatment in the future.

    **Answer:** Defendants state they have insufficient information to admit or deny the allegations contained in paragraph 6 of Count I of Plaintiff's Complaint.

    WHEREFORE, Defendants, MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., respectfully requests this Honorable Court to enter judgment in their favor and against Plaintiffs, CATHY CEASARIO REPP and EUGENE REPP, and for such other and further relief as this Court deems just and reasonable.

## COUNT II

1.- 6. Plaintiff realleges and reaffirms paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of this Count II as though fully set forth verbatim herein.

    **Answer:** Defendants re-state and reaffirms their responses to paragraphs 1 through 6 of Count I as their responses to paragraphs 1 through 6 of Count II of Plaintiffs' Complaint as though fully set forth verbatim herein.

7. The Plaintiff, EUGENE REPP, is the husband of the Plaintiff, CATHY CEASARIO REPP.

    **Answer:** Defendants state they have insufficient information to either admit or deny the allegations contained in paragraph 7 of Count II of Plaintiffs' Complaint.

8. Due to the injuries to the Plaintiff, CATHY CEASARIO REPP, the Plaintiff, EUGENE REPP, has been deprived of the services, support and society of the Plaintiff, CATHY CEASARIO REPP.

**Answer**: Defendants state they have insufficient information to either admit or deny the allegations contained in paragraph 8 of Count II of Plaintiffs' Complaint.

WHEREFORE, Defendants, MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., respectfully requests this Honorable Court to enter judgment in their favor and against Plaintiffs, CATHY CEASARIO REPP and EUGENE REPP, and for such other and further relief as this Court deems just and reasonable.

## AFFIRMATIVE DEFENSES

Defendants, MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., by and through their attorneys, SHARI D. GOGGIN-WARD and THE LAW OFFICES OF LAWRENCE COZZI, respectfully submits the following as their Affirmative Defenses to Plaintiffs' Complaint:

1. If Plaintiff, CATHY CEASARIO REPP, was injured at the time and place alleged, said injuries and/or damages sustained were due to Plaintiff's own contributory negligence in one or more of the following ways:

    a. Failed to keep a proper look out for where she was walking so as to avoid contact with an open and obvious display;

    b. Failed to avoid coming into contact with the open and obvious display;

c. Contacted said display with such force so as to cause it shift, move and/or fall.

2. Plaintiff, CATHY CEASARIO REPP, had a duty to exercise ordinary care for her own safety.

3. One or more of the foregoing acts of contributory negligence as set forth herein was a proximate cause of her own alleged injuries and/or damages sustained in this matter.

WHEREFORE, Defendants, MURPHY OIL CORPORATION, a Delaware Corporation, MURPHY OIL USA, a Delaware corporation d/b/a MURPHY USA, INC., respectfully requests this Honorable Court to enter judgment in their favor and against Plaintiffs, CATHY CEASARIO REPP should the finder of fact determine that she was 50% or more responsible for her own alleged injuries and/or damages sustained in this matter. In the alternative, should the finder of fact determine that Plaintiff, CATHY CEASARIO REPP, was 50% or less the contributing cause of her own alleged injuries and/or damages sustained in this matter, Defendants respectfully request this Honorable Court to reduce any judgment entered against them by the percentage of fault attributed by the finder of fact to Plaintiff, CATHY CEASARIO REPP, and for such other and further relief as this Court deems just and reasonable.

Respectfully Submitted,

MURPHY OIL CORPORATION, a
Delaware Corporation, MURPHY OIL
USA, a Delaware corporation d/b/a
MURPHY USA, INC., Defendants

BY: _____
Shari D. Goggin-Ward

LAW OFFICES OF LAWRENCE COZZI

SHARI D. GOGGIN-WARD, Atty No. 06198703
LAW OFFICES OF LAWRENCE COZZI
Attorneys for Defendant, MURPHY OIL CORPORATION
1431 Opus Place, Suite 310, Downers Grove, IL 60515
630/ 515-9777   603/ 334-9765 (fax)
DownersGroveLegal@LibertyMutual.com