AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CATHY CEASARIO REPP and
EUGENE REPP

CASE NUMBER: 08C50034

V.

ASSIGNED JUDGE: Kapala

MURPHY OIL CORPORATION, a corporation,
and MURPHY OIL USA,, INC., a corporation,
d/b/a MURPHY OIL,

DESIGNATED
MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Murphy Oil USA, Inc.
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL  60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert H. Clark
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Rd.
Rockford, IL  61111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          3-10-08
(By) DEPUTY CLERK                                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/12/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jean Apgar | assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon...

☐ Left copies thereof at... discretion then resid...
    Name of person wit...

☐ Returned unexecut...

☒ Other (specify): _____

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Murphy Oil USA, Inc.
   c/o CT Corporation System,
   Registered Agent
   208 S. LaSalle St., Suite 814
   Chicago, IL 60604

2. Article Number (Transfer from service label)
   7006 3450 0002 6958 0638

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   RECEIVED MAR 17 2008 CT SOP DEPT

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/12/08
              Date

Signature of Server: _[signed]_ Jean Apgar

7320 N. Alpine Rd., Rockford, IL 61111
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.