UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CATHY CEASARIO REPP, and EUGENE REPP, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   No. 08 C 50034 ) |
| MURPHY OIL CORPORATION, a corporation, and MURPHY OIL USA, a corporation, d/b/a MURPHY USA, INC., | ) ) ) ) |
| Defendants. | ) ) |

ANSWER TO AFFIRMATIVE DEFENSES

NOW COME the Plaintiffs, CATHY CEASARIO REPP and EUGENE REPP, by their attorneys, CLARK, JUSTEN & ZUCCHI, LTD., and for their Answer to the Defendant's Affirmative Defenses state as follows:

1. Plaintiffs deny each and allegation in paragraph 1, including subparagraphs a through c thereof.

2. Plaintiffs admit the allegations contained in paragraph 2.

3. Plaintiffs deny each and every allegation contained in paragraph 3.

WHEREFORE, the Plaintiffs, CATHY CEASARIO REPP and EUGENE REPP, pray that the Defendant's Affirmative Defenses be dismissed.

                                                CATHY CEASARIO REPP and
                                                EUGENE REPP

                                                BY CLARK, JUSTEN & ZUCCHI, LTD.

                                                    /s/Robert H. Clark
                                                BY_____
                                                   Robert H. Clark

Robert H. Clark, #172
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Road
Rockford, IL 61111
(815) 962-6144


STATE OF ILLINOIS　　　　)
　　　　　　　　　　　　　) SS.
COUNTY OF WINNEBAGO　)

## PROOF OF SERVICE

　　The undersigned hereby certifies that a copy of the foregoing was served upon:

Attorney Shari D. Goggin-Ward
Law Offices of Lawrence Cozzi
1431 Opus Pl., Suite 310
Downers Grove, IL 60515

the attorney(s) of record to the above cause, by enclosing same in an envelope addressed to such attorney(s) at his business address as set forth above, with postage fully prepaid and by depositing said envelope(s) in the U.S. Mail at Rockford, Illinois, at or about the hour of 5:00 P.M. on the 15th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Jean Apgar
　　　　　　　　　　　　　　　　　　　　_____

Subscribed and sworn to before me

this 15th day of April, 2008

/s/ Susan K. Lenz
_____
Notary Public