UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CATHY CEASARIO REPP, <br> and EUGENE REPP, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | No. 08 C 50034 |
| MURPHY OIL CORPORATION, a <br> corporation, and MURPHY OIL USA, a <br> corporation, d/b/a MURPHY USA, INC., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

NOTICE OF FILING AND PROOF OF SERVICE

TO:     Attorney Shari D. Goggin-Ward
           Law Offices of Lawrence Cozzi
           1431 Opus Pl., Suite 310
           Downers Grove, IL 60515

    PLEASE TAKE NOTICE that on April 15, 2008, Plaintiffs, CATHY CEASARIO REPP and EUGENE REPP, by their attorneys, CLARK, JUSTEN & ZUCCHI, LTD., filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois, 211 South Court Street, Rockford, Illinois 61101, their Answer to Affirmative Defenses, a copy of which is provided herewith.

                                                      CATHY CEASARIO REPP and
                                                      EUGENE REPP

                                                      BY CLARK, JUSTEN & ZUCCHI, LTD.

                                                             /s/ Robert H. Clark
                                                    BY_____
                                                      ROBERT H. CLARK

Robert H. Clark
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Rd.
Rockford, IL 61111
(815) 962-6144
Fax: (815) 962-6153

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF WINNEBAGO    )

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon:

Attorney Shari D. Goggin-Ward
Law Offices of Lawrence Cozzi
1431 Opus Pl., Suite 310
Downers Grove, IL  60515

the attorney(s) of record to the above cause, by enclosing same in an envelope addressed to such attorney(s) at his business address as set forth above, with postage fully prepaid and by depositing said envelope(s) in the U.S. Mail at Rockford, Illinois, at or about the hour of 5:00 P.M. on the 15th day of April, 2008.

/s/ Jean Apgar

Subscribed and sworn to before me

this 15th day of April, 2008.

/s; Susan K. Lenz

Notary Public