P 413-114890-01/ SDGW/ kac

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CATHY CEASARIO REPP,  )<br>and EUGENE REPP, )<br>  )<br>  Plaintiffs,  )<br>vs.  )<br>  )<br>MURPHY OIL CORPORATION, )<br>a corporation, and MURPHY OIL USA, )<br>a corporation, d/b/a MURPHY USA, INC., )<br>  )<br>  Defendant. ) | CASE NO.: 08 C 50034<br>Judge Kapala<br>Magistrate Judge Mahoney |

### DEFENDANT'S RULE 26(a)(1) DISCLOSURES

Now comes the Defendant, MURPHY OIL CORPORATION, by and through its attorneys, LAW OFFICES OF LAWRENCE COZZI, makes the following disclosures pursuant to Rule 26(a)(1):

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    Plaintiff :    Cathy Cesario Repp
                    2270 Pearl Road
                    Belvidere, IL 61008

Ms. Repp may testify as to her knowledge and observations regarding the events of the occurrence alleged in her Complaint at Law including the events prior to, at the time of, and following the occurrence. She may also testify as to the injuries she alleges as a result of this occurrence and treatment for same. She may be asked to testify as to her prior medical history and issues related to her employment including any lost time as a result of the alleged occurrence. Her testimony is expected to be consistent with testimony provided at her deposition, if taken.

    Plaintiff:    Eugene Repp
                    2270 Pearl Road
                    Belvidere, IL 61008

Mr. Repp may testify as to his knowledge regarding the events of the occurrence alleged in her Complaint at Law including the events prior to, at the time of, and following the occurrence. He may also testify as to the injuries alleged by his wife as a result of this occurrence and treatment for same. He may be asked to testify as to his wife's prior medical history and issues related to her employment including any lost time as a result of the alleged occurrence. Her testimony is expected to be consistent with testimony provided at his deposition, if taken.

      Defendant:    Representatives from
Murphy Oil USA, A Delaware Corporation d/b/a Murphy USA, Inc.
2005 Gateway Center
Belvidere, IL

Including:

Michelle Goans
623 Sunset Drive
Marengo, Illinois 60152

Andrea Newland
1211 W. Locust
Belvidere, Illinois 61008

Michelle Goans, Andrea Newland and representatives from Murphy Oil USA may be called to testify as to their knowledge and observations regarding the events of the occurrence alleged in Plaintiff's Complaint at Law including the events prior to, at the time of, and following the occurrence. They may also testify as to conversations and observations at the scene of the occurrence or details depicted on the video of the occurrence. Their testimony may include procedures in place regarding the lottery ticket display and/or maintenance of the store. Their testimony is expected to be consistent with testimony provided at their deposition, if taken.

      Plaintiff's Medical Providers including:

Physicians Immediate Care
1663 Belvidere Road
Belvidere, IL

Dr. Williams Bitsas
Belvidere, IL

Dr. Edward Yavitz
Rockford, IL

Dr. Monica Simionescu
Rockford, IL

David Turok, M.D.
3865 N. Mulford Road
Rockford, IL 61114

Staff at
OSF St. Anthony Medical Center
Rockford, IL

These medical providers may be called to testify as to the medical history, the care and treatment rendered to the Plaintiff for injuries alleged in her Complaint at Law, and the prognosis for recovery. Their testimony is expected to be consistent with information contained within their medical records and with testimony provided at their depositions, if taken.

B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

   1.   **Video of Incident.**
   2.   **Medical records and bills related to the treatment and/ or prior medical history of Plaintiff, Cathy Cesario Repp (not currently in the possession of attorneys for the Defense)**

C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**Plaintiff has not itemized the damages claimed, however, any itemization would be in dispute.**

D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Insurance coverage was provided by Liberty Mutual Insurance Company. Policy Number: TB2-641-004245-027. Effective Period: 6/ 1/ 07-6/ 1/ 08. Maximum Liability Limits: $2,000,000. Aggregate Limits: $10,000,000.00.**

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Shari D. Goggin-Ward

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS: |
| COUNTY OF Boone | ) | |

### PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon:

Robert H. Clark
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Road
Rockford, Illinois 61111

    the attorney of record in the above cause, by enclosing same in an envelope addressed to this attorney at his business address as set forth above, with postage fully prepaid and by depositing said envelope in the U.S. Mail chute located at 1431 Opus Place, Downers Grove, IL 60515, before 4:30 p.m. on __May 8__, 2008

Dated this __8__ day of __May__, 2008　　__[signature]__

SHARI D. GOGGIN-WARD, Atty No. 06198703
LAW OFFICES OF LAWRENCE COZZI
Attorneys for Defendant
1431 Opus Place, Suite 310
Downers Grove, Illinois 60515
(630) 515-9777
(603) 334-9765 (fax)
DownersGroveLegal@LibertyMutual.com

- 5 -