**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Cathy Ceasario Repp, et al.
                    Plaintiff,

v.                                          Case No.: 3:08−cv−50034
                                            Honorable Frederick J. Kapala

Murphy Oil Corporation, et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 14, 2008:


MINUTE entry before Judge Honorable P. Michael Mahoney:Status hearing held on 5/14/2008. Case management order approved as stated. FRCP 26(a)(1) exchanged. Plaintiff shall comply with FRCP(26)(a)(2) by 10/15/08. Depositions by 11/14/08. Defendant shall comply with FRCP(26)(a)(2) by 12/15/08. Depositions by 1/15/09. Amended Pleadings due by 9/12/2008. Fact Discovery ordered closed by 9/12/2008. Dispositive Motions due by 10/14/2008. Discovery Hearing set for 8/13/2008 at 01:30 PM. (glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.