UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**PARTIES PROPOSED CASE MANAGEMENT ORDER**

I.  Pursuant to F.R.Civ.P. 26(f), a meeting was held on May 14, 2008, and was attended by:

Attorney Kevin J. Frost, for Plaintiffs.
Attorney Shari D. Goggin-Ward for the Defendant.

II.  The F.R.Civ.P. 26(a) material will be exchanged by: already completed.

Alternative Dispute Resolution Mediation.  Counsels hereby certify that their clients have read the Pamphlet governing the court's mediation program, that counsels have discussed with their respective clients the available dispute resolution options provided by the court and private entities, and that counsels have given an estimation of the fees and costs that would be associated with the litigation of this matter, through trial, to their clients.  Further, counsels have provided to their clients an estimate of the fees and expenses reasonably expected to be incurred through an early successful mediation.  Counsels certify that they have discussed the available ADR options with their clients and have considered how this case might benefit from those options.  Lastly, if this is a fee shifting case, defense counsels certify they have discussed the advantages and disadvantages of make a Rule 68 offer of judgment.

____  Parties have agreed on early mediation. _____ has been chosen as the mediator.  The mediation shall be held within 60 days of this order.  Discovery (shall) (shall not) be stayed during the 60 days of referral.  Pursuant to ADR local rules, this case is hereby referred to mediation. Counsels and parties will submit evaluations to the Court within ten days of the conclusion of mediation.

____  Parties have agreed upon mediation. _____ has been chosen as the mediator.  The parties believe the best time to mediate would be _____ and request the matter be referred to mediation at that time.  Counsels and parties will submit mediation evaluations to the Court within ten days of the conclusion of mediation.

____  Parties request an immediate settlement conference with the Magistrate Judge.

X     Parties plan to utilize private ADR and/or settlement conference at a later date.

___     Parties request this case to be excused from ADR.

IV. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    A)     Discovery will be needed on the following subjects:
            Liability and damages.

    B)     Maximum of 40 interrogatories by each party to any other party.

    C)     Maximum of 20 requests for admission by each party to any other party.

    D)     Maximum of 6 depositions by Plaintiff and 6 by Defendant.

    E)     Each deposition shall be limited to a maximum of 3 hours unless extended by agreement of the parties.

    F)     Fact discovery cut-off is set for September 12, 2008.

    G)     Report from retained expert for the Plaintiff under Rule 26(a)(2) due on October 15, 2008. Deposition of Plaintiff's expert shall be taken by November 14, 2008. Report from retained expert for Defendant under Rule 26(a)(3) due December 15, 2008. Deposition of Defendant's expert shall be taken by January 15, 2009. Supplementations under Rule 26(e) will be scheduled by the court at the request of the parties.

    H)     All discovery shall be cut off by January 15, 2009.

    I)     Time for the parties to amend pleadings and add counts is hereby established as September 12, 2008.

    J)     The parties suggest the next discovery conference with the court be August 12, 2008 at 1:30 p.m.

All dispositive motions will be due 30 days after the fact discovery cut-off date unless otherwise ordered by the court and the parties agree pleadings, motions and briefs may be exchanged by e-mail, fax or other electronic means.