UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

CATHY CEASARIO REPP,
and EUGENE REPP,

      Plaintiffs,

vs.

MURPHY OIL CORPORATION,
a corporation, and MURPHY OIL USA,
a corporation, d/b/a MURPHY USA, INC.,

      Defendant.

CASE NO.: 08 C 50034
Magistrate Judge Mahoney
Judge Kapala

## *NOTICE OF CHANGE OF ADDRESS*

TO:   Clerk of the Circuit Court of Boone County, 601 North Main Street, Belvidere, IL 61008
       Hon. Michael T. Mahoney, United States District Court, Northern District, Western Division
       211 South Court Street, Rockford, IL 61101
       Kevin Frost, Clark, Justen & Zucchi, Ltd., 7320 North Alpine Road, Rockford, IL 61111

**YOU ARE HEREBY NOTIFIED** that effective May 12, 2008, the address of the Law Offices of Lawrence Cozzi shall change to:

**The Law Offices of Lawrence Cozzi**
**27201 Bella Vista Parkway, Suite 410**
**Warrenville, IL 60555-1619**
**Telephone: 630-393-2145**
**Facsimile: 603-334-9765**

## CERTIFICATE OF SERVICE

I, Shari D. Goggin-Ward, certify that I served the forgoing Notice by mailing a copy to each person or firm to whom it is directed at the address set forth by depositing it in the U.S. Mail located at 27201 Bella Vista Parkway, Suite 410, Warrenville, IL 60555-1619, on June 2, 2008.

/s/ Shari D. Goggin-Ward

Shari D. Goggin-Ward, Esq., ARDC No. 6198703
LAW OFFICES OF LAWRENCE COZZI
27201 Bella Vista Parkway, Suite 410
Warrenville, IL 60555-1619
630-393-2145 phone
603-334-9765 facsimile
WarrenvilleLegal@LibertyMutual.com