UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CATHY CEASARIO REPP, ) | |
| and EUGENE REPP, ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO.: 08 C 50034 |
| ) | Judge Kapala |
| MURPHY OIL CORPORATION, ) | Magistrate Judge Mahoney |
| a corporation, and MURPHY OIL USA, ) | |
| a corporation, d/b/a MURPHY USA, INC., ) | |
| Defendant. ) | |

**NOTICE OF MAILING OF DISCOVERY DOCUMENTS**

TO:   Kevin J. Frost Esq., Clark, Justen & Zucchi, Ltd.
        7320 North Alpine Road, Rockford, IL 61111

PLEASE TAKE NOTICE that on June 12, 2008, copies of DEFENDANT'S AMENDED NOTICE OF DEPOSITION were served upon plaintiff's attorney, by depositing same in the U.S. Mail at 27201 Bella Vista Parkway, Suite 410, Warrenville, Illinois, in a sealed envelope, first class postage prepaid.

**LAW OFFICES OF LAWRENCE COZZI**

By: _____
SHARI D. GOGGIN-WARD

**PROOF OF SERVICE**

The undersigned, under penalties as provided by law, hereby certifies that she served a copy of the foregoing Notice of Mailing of Discovery Documents upon the above counsel of record, by depositing said document, with via electronic filing on June 12, 2008.

Dated this 12 day of June, 2008.    _____

SHARI D. GOGGIN-WARD, Atty No. 06198703
LAW OFFICES OF LAWRENCE COZZI
Attorneys for Defendant
27201 Bella Vista Parkway, Suite 410
Warrenville, IL 60555
(630) 393-2145
(603) 334-9765 (Fax)
WarrenvilleLegal@LibertyMutual.com