UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CATHY CEASARIO REPP, | ) | |
| and EUGENE REPP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 08 C 50034 |
| | ) | |
| MURPHY OIL CORPORATION, a | ) | |
| corporation,  and MURPHY OIL USA, a | ) | |
| corporation, d/b/a MURPHY USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

<u>MOTION TO COMPEL RESPONSES TO DISCOVERY</u>

NOW COME the Plaintiffs, CATHY CEASARIO REPP and EUGENE REPP, by their attorneys, CLARK, JUSTEN & ZUCCHI, LTD., and for their Motion to Compel Responses to Discovery state as follows:

1.      That on April 16, 2008, the Plaintiffs served Interrogatories and a Notice to Produce on the Defendants.

2.      That, having received no response within the time allowed, the Plaintiffs' counsel contacted the Defendants' counsel by phone and requested that the responses be forthcoming and witness depositions are scheduled for July 29, 2008.

3.      That, to date, the Defendants have not responded to the Plaintiffs' discovery requests nor provided a time within which the Plaintiffs may expect to receive such responses.

WHEREFORE, the Plaintiffs, CATHY CEASARIO REPP and EUGENE REPP, pray this Court to require the Defendants to respond to the Plaintiffs' discovery requests within seven (7) days.

CATHY CEASARIO REPP and
EUGENE REPP

BY CLARK, JUSTEN & ZUCCHI, LTD.

/s/Robert H. Clark

BY_____

Robert H. Clark

Robert H. Clark, #172
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Road
Rockford, IL  61111
(815) 962-6144

STATE  OF  ILLINOIS         )
                            ) SS.
COUNTY OF WINNEBAGO    )

PROOF OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served upon:

Attorney Shari D. Goggin-Ward
Law Offices of Lawrence Cozzi
27207 Bella Vista Parkway, Suite 410
Warrenville, IL  60555-1619

the attorney(s) of record to the above cause, by enclosing same in an envelope addressed to such attorney(s) at his business address as set forth above, with postage fully prepaid and by depositing said envelope(s) in the U.S. Mail at Rockford, Illinois, at or about the hour of 5:00 P.M. on the_____10th_____day of ___July___, 2008.

/s/ Jean Apgar
_____

Subscribed and sworn to before me

this  10th day of July_, 2008.

___/s/Victoria Zamora_____
Notary Public