UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CATHY CEASARIO REPP, and EUGENE REPP, </br></br>    Plaintiffs, </br></br>    vs. </br></br> MURPHY OIL CORPORATION, a corporation, and MURPHY OIL USA, a corporation, d/b/a MURPHY USA, INC., </br></br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 08 C 50034

## NOTICE OF MOTION

TO:    Attorney Shari D. Goggin-Ward
       Law Offices of Lawrence Cozzi
       27207 Bella Vista Parkway, Suite 410
       Warrenville, IL  60555-1619

    YOU ARE HEREBY NOTIFIED that on the 16th day of July, 2008, at 1:30 o'clock P.M., or as soon thereafter as Counsel may be heard, I shall appear before his Honor, Judge Mahoney, in the room usually occupied by him as a court room, or in his absence, before any other Judge that may be presiding in said court room, in the U.S. District Court House in Rockford, Illinois, and then and there: present the Plaintiffs' Motion to Compel Responses to Discovery, at which time and place you may appear if you so desire.

Dated:  July 10, 2008

                                              CATHY CEASARIO REPP and
                                              EUGENE REPP

                                              BY CLARK, JUSTEN & ZUCCHI, LTD.

                                                    /s/Robert H. Clark
                                  BY_____
                                              Robert H. Clark

Robert H. Clark, #172
CLARK, JUSTEN & ZUCCHI, LTD.
7320 N. Alpine Road
Rockford, IL  61111
(815) 962-6144

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF WINNEBAGO  )

PROOF OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served upon:

Attorney Shari D. Goggin-Ward
Law Offices of Lawrence Cozzi
27207 Bella Vista Parkway, Suite 410
Warrenville, IL  60555-1619

the attorney(s) of record to the above cause, by enclosing same in an envelope addressed to such attorney(s) at his business address as set forth above, with postage fully prepaid and by depositing said envelope(s) in the U.S. Mail at Rockford, Illinois, at or about the hour of 5:00 P.M. on the _____10th_____ day of ___July___, 2008.

/s/ Jean Apgar

Subscribed and sworn to before me

this 10th day of July , 2008.

/s/Victoria Zamora

Notary Public